UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MILLER, | No. 2:19-cv-01697-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On September 28, 2021 the district judge assigned to this matter adopted the Findings and Recommendations issued on July 6, 2021 and denied defendant's motion to dismiss in full. The matter was referred back to the undersigned for all further pretrial proceedings. ECF No. 19.

Accordingly, IT IS HEREBY ORDERED that defendant file an answer to plaintiff's complaint within 14 days from the date of this order.

Dated: October 1, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mill1697.answer.docx

1