UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLY JAMES MILLER,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT JONES, et al.,<br><br>  Defendants. | No.  2:19-cv-01697-KJM-CKD P<br><br><br>ORDER |

Plaintiff is a civil detainee proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order dated December 6, 2021, this case was scheduled for a settlement conference on February 3, 2021 before Magistrate Judge Barnes.  ECF No. 23.  Defendant filed a motion to opt-out of the settlement conference on December 17, 2021 based on his view of the merits of the case.  ECF No. 25.  However, defendant's motion to dismiss was previously denied on September 28, 2021.  The court is not persuaded that this case is not appropriate for alternative dispute resolution.  Therefore, defendant's motion to opt-out of the settlement conference is denied for lack of good cause shown.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the post-screening settlement conference (ECF No. 25) is denied.
2. All provisions of this court's December 6, 2021 order remain in effect.

Dated: January 3, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mill1697.deny.optout.docx