**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200
Jill B. Nathan, SBN 186136
JNathan@rhplawyers.com
Attorneys for Defendant,
SCOTT JONES

**Bradley James Miller**
Plaintiff in pro se
PO BOX 5003
COALINGA, CA 93210-5003

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MILLER, | CASE NO: 2:19-cv-01697-KJM-CKD |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)) AND ORDER** |
| vs. | |
| SCOTT JONES, | |
| Defendant. | |

Plaintiff has reached an agreement in principle with Defendant Scott Jones and the County of Sacramento. As a condition of the agreement, it is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff BRADLEY JAMES MILLER in pro se, and Defendant SCOTT JONES by and through his attorney Jill B. Nathan with Rivera Hewitt Paul LLP, that Defendant SCOTT JONES is dismissed from this action with prejudice.

In consideration of the agreement and stipulation entered by the parties in the United States District Court Eastern District of California action, *Bradley James Miller v. Scott Jones*, Case No.:

- 1 -

1    2:19-cv-01697-KJM-CKD, Defendant SCOTT JONES is dismissed with prejudice pursuant to

2    Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees

3    and costs.

4

5    Dated: May 9, 2022                    Respectfully submitted,

6                                          RIVERA HEWITT PAUL LLP

7                                          */s/ Jill B. Nathan*

8                                          _____
                                           BY: JILL B. NATHAN
9                                          Attorney for Defendant
                                           SCOTT JONES
10

11

12
     Dated: May 5, 2022                    Respectfully submitted,
13
                                           */s/ Bradley James Miller*
14                                         (Original signature filed 5/10/2022)

15                                         _____
                                            BRADLEY JAMES MILLER
16                                          Plaintiff, Pro Se

17

18

19          **IT IS SO ORDERED**

20

21

22   Dated:  May 12, 2022

23                                         _____
                                           CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                          - 2 -

Stipulated Dismissal with Prejudice
*Miller v. Jones*, 2:19-cv-01697